Jason T. Holden, Esq.
Faure Holden Attorneys at Law, P.C.
P. O. Box 2466
Great Falls, MT   59403
Telephone:   (406) 452-6500
Facsimile: (406) 452-6503
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>BRIAN R. MURPHY,<br><br>          Defendant. | **4-14 PO 05137-RPK**<br><br>**NOTICE OF APPEARANCE AND NOTICE OF NOT GUILTY PLEA BY COUNSEL** |

Please enter the appearance of Jason T. Holden of Faure Holden Attorneys at Law, P.C., for Defendant Brian R. Murphy.   Brian R. Murphy resides in Texas and respectfully requests that this Court allow Mr. Holden, his counsel of record, to appear and enter a Not Guilty plea for Mr. Murphy on Friday.   Opposing counsel has been contacted and does not object to this Notice and Request.

DATED this 24th day of September, 2014.

/s/ Jason T. Holden
JASON T. HOLDEN
*Counsel for Defendant*

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was duly served via electronic mailing upon the following at their address or addresses this 24th day of September, 2014:

Mike Lahr
U.S. Attorney's Office
Helena Montana, 59601

<u>/s/ Jason T. Holden</u>
JASON T. HOLDEN
*Counsel for Defendant*